United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                               Case No. 19-03921-NPO
Jon Darrell Seawright                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                  User: mssbad                                            Page 1 of 2
Date Rcvd: May 03, 2021                          Form ID: van022                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

**Recip ID**                **Recipient Name and Address**
db                        +   Jon Darrell Seawright, 4247 Crane Boulevard, Jackson, MS 39216-3408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021                                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:**

**Name**                                 **Email Address**

Brent B. Barriere
                             on behalf of Plaintiff Alysson Mills bbarriere@fishmanhaygood.com

Chad J. Hammons
                             on behalf of Plaintiff PREMCO FINANCIAL CORPORATION  INC. chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Chad J. Hammons
                             on behalf of Creditor Premco Financial Corporation  Inc. chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Derek A Henderson
                             on behalf of Trustee Derek A Henderson T1 derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Derek A Henderson T1
                             trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Kristen D. Amond

District/off: 0538-3  User: mssbad  Page 2 of 2
Date Rcvd: May 03, 2021  Form ID: van022  Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Alysson Mills kamond@millsamond.com rhamilton@fishmanhaygood.com;amills@millsamond.com |
| Kristen D. Amond | |
| | on behalf of Creditor Alysson Mills kamond@millsamond.com rhamilton@fishmanhaygood.com;amills@millsamond.com |
| Lilli Evans Bass | |
| | on behalf of Creditor Alysson Mills bass@bbjlawyers.com Paralegal@bbjlawyers.com;rhamilton@fishmanhaygood.com |
| Lilli Evans Bass | |
| | on behalf of Plaintiff Alysson Mills bass@bbjlawyers.com Paralegal@bbjlawyers.com;rhamilton@fishmanhaygood.com |
| R. Michael Bolen | |
| | on behalf of Debtor Jon Darrell Seawright rmb@hoodbolen.com wrh@hoodbolen.com |
| R. Michael Bolen | |
| | on behalf of Defendant Jon Darrell Seawright rmb@hoodbolen.com wrh@hoodbolen.com |
| R. Michael Bolen | |
| | on behalf of Defendant Jon D. Seawright rmb@hoodbolen.com wrh@hoodbolen.com |
| United States Trustee | |
| | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 13

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                             Case No.: 19−03921−NPO

Jon Darrell Seawright                                                              Chapter: 7

### FINAL DECREE/ORDER CLOSING CASE

    The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

    **ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

**DATED:** 5/3/21

/s/Neil P. Olack
**United States Bankruptcy Judge**

*Include all names used by Debtor(s) within last 8 years

VAN022−OCAC